NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIMBERLY GOODMAN,  )
 )
       Appellant,  )
 )
v.  )     Case No.  2D18-5
 )
SEAN GOODMAN,  )
 )
       Appellee.  )
_____)

Opinion filed September 21, 2018.

Appeal from the Circuit Court for
Lee County; John S. Carlin,
Judge.

Kimberly Goodman, pro se.

Bernard T. King of Rubinstein, Holz &
King, P.A., Fort Myers, for Appellee.


PER CURIAM.


       Affirmed.


KHOUZAM, and LUCAS, and ATKINSON, JJ., Concur.